# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

CLARENCE JOHNSON,

  Plaintiff,

v.

U.S. Assistant Attorneys ELIZABETH BLACKWOOD and DANIEL H. SANDERS, FBI Special Agent MATTHEW GIBSON and UNITED STATES DEPARTMENT OF JUSTICE,

  Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No.:2:06-cv-1248-bbc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against defendants.

THERESA M. OWENS
_____
**Theresa M. Owens, Clerk**

/s/ S. Vogel     1/3/08
_____   _____
**by Deputy Clerk**     Date